UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON R. OSBORN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.  1:21-cv-00842-BAK<br><br>ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 21) |

   Before the Court is the parties' stipulation to modify the Scheduling Order in this case. (ECF No. 21.) Having considered the stipulation, IT IS HEREBY ORDERED that the Scheduling Order (ECF No. 10) is modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery cut-off | July 25, 2022 | November 22, 2022 |
| Designation of Expert Witnesses | October 4, 2022 | February 1, 2023 |
| Last day to file Non-Dispositive Motions | October 19, 2022 | February 15, 2023 |
| Hearing date on Non-Dispositive Motions | November 15, 2022 | March 22, 2023 at 9:30 am |
| Last day to file Dispositive Motions | November 29, 2022 | April 7, 2023 |

1

| | | |
|---|---|---|
| Hearing Date on Dispositive Motions | January 13, 2023 | May 12, 2023 at 9:30 a.m. |
| Pre-trial Conference | February 24, 2022, 10:00 a.m. | June 21, 2023 10:00 a.m. |
| Trial | April 18, 2023, 8:30 a.m. (jury) | August 14, 2023 8:30 a.m. (jury) |

All other terms and conditions of the Scheduling Order (ECF No. 10) remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 18, 2022**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

2