UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON R. OSBORN, D.D.S.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00842-CDB<br><br>ORDER ON STIPULATION CONTINUING PRE-TRIAL CONFERENCE AND TRIAL DATES <u>AS MODIFIED</u><br><br>(Doc. 39) |

　　　　Pending before the Court is the parties' stipulation to continue pre-trail conference and trial dates. (Doc. 39). The parties represent that the requested continuance is warranted because Defendant's motion for summary judgment is under submission to the Court and the parties anticipate benefiting from additional time following the Court's ruling to prepare their cases for trial and engage in settlement discussions.

　　　　In light of the stipulation to continue, the availability of the Court and good cause appearing, it is HEREBY ORDERED:

　　　　1. The pre-trial conference set for November 29, 2023, at 10:00 A.M., is continued to <u>March 20, 2024</u>, at 10:00 A.M. in Bakersfield before the Honorable Magistrate Judge Christopher D. Baker. Pursuant to Local Rule 281(a)(2), the parties are ordered to jointly prepare and file a pretrial statement <u>no later than March 13, 2024</u>; and

2. The jury trial set for January 22, 2024, at 9:00 A.M., is continued to May 8, 2024, at 9:00 A.M., in Bakersfield before the Honorable Magistrate Judge Christopher D. Baker.

IT IS SO ORDERED.

Dated: __October 31, 2023__              _____
                                          UNITED STATES MAGISTRATE JUDGE