## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**GORDON R. OSBORN,**

v.

**THE PAUL REVERE LIFE INSURANCE COMPANY,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:21–CV–00842–CDB**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 03/08/2024**

**Keith Holland**
Clerk of Court

ENTERED: **March 8, 2024**

by: /s/ C. Maldonado
Deputy Clerk