Michael B. Horrow (SBN 162917)
E-mail: mhorrow@donahuehorrow.com
Scott E. Calvert (SBN 210787)
E-mail: scalvert@donahuehorrow.com
DONAHUE & HORROW, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, CA  90245
Tel:  310.322.0300     Fax:  310.322.0302

Attorneys for Plaintiff Gordon R. Osborn, D.D.S.

Daniel W. Maguire (SBN 120002)
E-mail:  dmaguire@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail:  kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel:  213.236.0600     Fax:  213.236.2700

Attorneys for Defendant
The Paul Revere Life Insurance Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GORDON R. OSBORN, D.D.S., <br><br> Plaintiff, <br><br> v. <br><br> THE PAUL REVERE LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 1:21-cv-00842-CDB <br><br> **STIPULATION TO DISMISS ACTION WITH PREJUDICE** <br><br> *[Filed concurrently with (Proposed) Order]* <br><br> Judge:   Hon. Christopher D. Baker |

**TO THE HONORABLE COURT:**

Plaintiff Gordon R. Osborn, D.D.S. ("Dr. Osborn") and Defendant The Paul Revere Life Insurance Company ("Paul Revere") (collectively, "the Parties'), by and through their respective

///

///

counsel of record, hereby stipulate that this action be dismissed in its entirety, with prejudice, and with each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: October 14, 2025           DONAHUE & HORROW, LLP

By: *s/ Scott E. Calvert*
*[as authorized on October 14, 2025]*
Michael B. Horrow
Scott E. Calvert
Attorneys for Plaintiff
Gordon R. Osborn, D.D.S.

Dated: October 14, 2025           BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ Daniel W. Maguire*
Daniel W. Maguire
Kyle Anne Piasecki
Attorneys for Defendant
The Paul Revere Life Insurance Company

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4911-0352-0877 v1

2

Case No. 1:21-cv-00842-CDB
JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE